Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
Mailing Address: P.O. Box 7608
Stockton, CA 95267
Physical Address: 2509 W. March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN TRILLANES-GAM | Case No. 2:17-CV-02377-KJM-AC |
| Plaintiff(s), | **STIPULATION THAT DAMAGES IN THIS ACTION WILL NOT EXCEED THE AMOUNT OF $75,000.00 AND TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO** |
| vs. | |
| TARGET CORPORATION and DOES 1 to 10 | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the total amount of damages claimed in this matter are less than $75,000.00.

It is further stipulated that plaintiff, EVELYN TRILLANES-GAM, agrees to a covenant not to execute on any judgment in this matter exceeding $75,000.00.

It is further stipulated that plaintiff EVELYN TRILLANES-GAM waives any right to void this stipulation on the basis of any newly-discovered or unknown facts.

On the basis of this stipulation, and the representations made by plaintiff's attorneys that the value of this matter is under $75,000.00, the parties stipulate and agree that this case shall be remanded the Superior Court of California, County of Sacramento.

The parties further stipulate that each side will bear their own fees and costs and that there shall be no award of fees or costs as part of this remand.

///

///

STIPULATION THAT DAMAGES IN THIS ACTION WILL NOT EXCEED THE AMOUNT OF $75,000.00 AND TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Both plaintiff and defendant request that the Court remand the case to the Superior Court of California, County of Sacramento.

IT IS SO STIPULATED:

Dated:  February 21, 2018                         RIGGIO MORDAUNT & KELLY


                                                  By:  /s/ Lori A. Reihl for
                                                       Michael R. Mordaunt, Esq.
                                                       Lori A. Reihl, Esq.
                                                       Attorneys for Defendant
                                                       TARGET CORPORATION


Dated:  February 21, 2018                         RUCKA, O'BOYLE, LOMBARDO & McKENNA


                                                  By:  /s/ Neil Berman
                                                       Neil Berman, Esq.
                                                       Attorneys for Plaintiff
                                                       EVELYN TRILLANES-GAM

## **ORDER**

Based on the stipulation of all parties that the amount of damages claimed in this matter is and will remain under the statutory minimum of $75,000.00 for the duration of this lawsuit,

IT IS HEREBY ORDERED that this matter be remanded back to the Superior Court of California, County of Sacramento.

DATED:  March 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

Riggio Mordaunt & Kelly
P.O. Box 7608
Stockton, CA 95267
(209) 473-8732

STIPULATION THAT DAMAGES IN THIS ACTION WILL NOT EXCEED THE AMOUNT OF $75,000.00 AND TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO